# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN CAGLE, | ) | |
| Plaintiff, | ) ) | Case No. 2:15-cv-02419-JCM-GWF |
| vs. | ) ) | **ORDER** |
| THOMSON STONE ACQUISITIONS, INC., | ) ) | |
| Defendant. | ) ) | |

     This matter is before the Court on Plaintiff's Motion to Enlarge Time to Serve Complaint (#6), filed on April 15, 2016.

     Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for his failure to timely serve a defendant. Plaintiff represents that he has attempted service on Defendant in New York as well as sending a copy of the summons and complaint along with a waiver of service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure to Adriane Martinez in California. However, Defendant has not responded to the waiver. *See Motion (#6), pg. 3.* Plaintiff now seeks an extension of time to attempt service upon Defendant in California at the address provided by Adriane Martinez. The Court finds good cause to justify an extension of time. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Enlarge Time to Serve Complaint (#6) is **granted**. Plaintiff shall have an additional **sixty (60) days** from the date of this order to effectuate service upon Defendant.

DATED this 18th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge